UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| THE MOST WORSHIPFUL NATIONAL GRAND LODGE, FREE AND ACCEPTED ANCIENT YORKRITE MASONS, PRINCE HALL ORIGIN NATIONAL COMPACT, U.S.A., | Case No. 3:20-mc-005 <br><br> District Judge Walter H. Rice <br> Magistrate Judge Sharon L. Ovington |
| Plaintiff/Judgment Debtor, | |
| vs. | |
| UNITED GRAND LODGE GA AF & AYM, INC., *et al.*, | |
| Defendants/Judgment Creditors. | |

## ORDER

This matter is before the Court on six Motion[s] for an Order of Garnishment of Property Other than Personal Earnings filed by the Judgment Creditors. (Doc. Nos. 3-8). The attachments to those motions, together with other documents in the record, establish good cause for the relief requested.

**IT THEREFORE IS ORDERED THAT**:

1. The Judgment Creditors' Motion[s] for an Order of Garnishment of Property Other than Personal Earnings (Doc. Nos. 3-8) are GRANTED; and

2. The Clerk of Court is DIRECTED to issue and serve six Orders of Garnishment and Notices of Garnishment in the form to be submitted by Judgment Creditors.

Counsel for Judgment Creditors is advised to contact the office of the undersigned at (937) 512-1570 in order to obtain a proposed hearing date to be included in such documents.

March 9, 2021                                          *s/Sharon L. Ovington*
                                                                          Sharon L. Ovington
                                                                          United States Magistrate Judge